```
 1  ALAN R. BRAYTON, ESQ., S.B. #73685
    DAVID R. DONADIO, ESQ., S.B. #154436
 2  NANCE F. BECKER, ESQ., S.B. #99292
    BRAYTON✦PURCELL LLP
 3  Attorneys at Law
    222 Rush Landing Road
 4  P.O. Box 6169
    Novato, California 94948-6169
 5  (415) 898-1555

 6  Attorneys for Plaintiff

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN RUBI,                          )   No. C05-3445 MJJ
                                        )
12          Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                        )   ORDER OF DISMISSAL AND REMAND
13  vs.                                 )   TO STATE COURT
                                        )
14  ALLIS-CHALMERS CORPORATION          )
    PRODUCT LIABILITY TRUST, et al.     )
15                                      )
            Defendants.                 )
16  _____)

17
```

Case 3:05-cv-03445-MJJ    Document 5    Filed 08/26/2005    Page 1 of 2

18. IT IS HEREBY STIPULATED by and between the parties to this action through their

19. designated counsel that:

20.     1. This case was originally filed in the Superior Court of California for the County of

21. San Francisco, action no. CGC 04 436613.

22.     2. Defendant MCDONNELL DOUGLAS CORPORATION ("MDC") filed its Notice

23. of Removal on August 24, 2002, claiming that this Court has subject-matter jurisdiction under

24. 28 U.S.C. §1442(a)(1), on the ground that defendant MDC was acting under the direction of

25. agencies and officers of the United States government.

26.     3. Defendant MDC is dismissed from the above entitled action, pursuant to

27. Fed.R.Civ.Proc. 41 (a)(2). This dismissal is with prejudice, each party to bear its own costs.

28. ///

K:\Injured\102536\USDC-stip-dismiss-remand MDC1.wpd     1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AND REMAND TO STATE COURT; C05-3445 MJJ

Dockets.Justia.com

1  4. The parties note that plaintiff John Rubi is also a plaintiff in the related case, *Manuel
2  Rampola et al. v. Viacom Inc., et al.*, Northern District California case no. C05-1461 MJJ,
3  which has been conditionally transferred to the Eastern District of Pennsylvania Multi District
4  Litigation Docket No. 875, *In re Asbestos Products Liability Litigation*. The parties hereto have
5  also entered into a Stipulation for dismissal of MDC, with prejudice, from that action.
6  5. Because the sole removing defendant has been dismissed, no basis currently exists
7  for this Court to exercise jurisdiction over this action, remand to the Superior Court of
8  California for the County of San Francisco is appropriate.
9  Accordingly, the parties petition this court for an order dismissing defendant
10  MCDONNELL DOUGLAS CORPORATION, with prejudice, and remanding the action to the
11  Superior Court of California for the County of San Francisco.

13  **SO STIPULATED.**
14  Dated: August 26, 2005             BRYAN CAVE LLP

16                                    By: _____
17                                        Paul A. Levin
                                         Attorneys for Defendant
18                                       McDONNELL DOUGLAS CORP.

Case 3:05-cv-03445-MJJ    Document 5    Filed 08/26/2005    Page 2 of 2

19  Dated: August 26, 2005             BRAYTON✤PURCELL LLP
20
21                                    By: _____
                                         Nance F. Becker
22                                       Attorneys for Plaintiff, JOHN RUBI
23
24  **IT IS SO ORDERED.**
25
    Dated:  8/30/2005                  _____
26
27                                    MARTIN J. JENKINS
                                      United States District Court Judge
28

K:\Injured\102556\USDC-stip-dismiss-remand MDC1.wpd        2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AND REMAND TO STATE COURT; C05-3445
MJJ