1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  NANCE F. BECKER, ESQ., S.B. #99292
   BRAYTON✥PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN RUBI,                               )   No. C05-3445 MJJ
                                              )
12 |        Plaintiff,                        )   STIPULATION AND [PROPOSED]
                                              )   ORDER OF DISMISSAL AND REMAND
13 | vs.                                      )   TO STATE COURT
                                              )
14 | ALLIS-CHALMERS CORPORATION               )
     PRODUCT LIABILITY TRUST, et al.          )
15 |                                          )
            Defendants.                       )
16 | _____ /

17

18     IT IS HEREBY STIPULATED by and between the parties to this action through their

19 designated counsel that:

20     1. This case was originally filed in the Superior Court of California for the County of

21 San Francisco, action no. CGC 04 436613.

22     2. Defendant MCDONNELL DOUGLAS CORPORATION ("MDC") filed its Notice

23 of Removal on August 24, 2002, claiming that this Court has subject-matter jurisdiction under

24 28 U.S.C. §1442(a)(1), on the ground that defendant MDC was acting under the direction of

25 agencies and officers of the United States government.

26     3. Defendant MDC is dismissed from the above entitled action, pursuant to

27 Fed.R.Civ.Proc. 41 (a)(2). This dismissal is with prejudice, each party to bear its own costs.

28 ///

K:\Injured\102536\USDC-stip-dismiss-remand MDC1.wpd           1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AND REMAND TO STATE COURT; C05-3445
MJJ

4. The parties note that plaintiff John Rubi is also a plaintiff in the related case, *Manuel Rampola et al. v. Viacom Inc., et al.*, Northern District California case no. C05-1461 MJJ, which has been conditionally transferred to the Eastern District of Pennsylvania Multi District Litigation Docket No. 875, *In re Asbestos Products Liability Litigation*. The parties hereto have also entered into a Stipulation for dismissal of MDC, with prejudice, from that action.

5. Because the sole removing defendant has been dismissed, no basis currently exists for this Court to exercise jurisdiction over this action, remand to the Superior Court of California for the County of San Francisco is appropriate.

Accordingly, the parties petition this court for an order dismissing defendant MCDONNELL DOUGLAS CORPORATION, with prejudice, and remanding the action to the Superior Court of California for the County of San Francisco.

**SO STIPULATED.**

Dated: August 26, 2005

BRYAN CAVE LLP

By: _____
Paul A. Levin
Attorneys for Defendant
McDONNELL DOUGLAS CORP.

Case 3:05-cv-03445-MJJ   Document 5   Filed 08/26/2005   Page 2 of 2

Dated: August 26, 2005

BRAYTON❖PURCELL LLP

By: _____
Nance F. Becker
Attorneys for Plaintiff, JOHN RUBI

**IT IS SO ORDERED.**

Dated: 8/30/2005

_____
MARTIN J. JENKINS
United States District Court Judge

K:\Injured\102553\USDC-stip-dismiss-remand MDC1.wpd

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AND REMAND TO STATE COURT; C05-3445 MJJ